IN THE COURT OF CRIMINAL APPEALS

OF TEXAS





NO. WR-28,759-04






EX PARTE MORGAN ASHBY HARRIS JR., Applicant









ON APPLICATION FOR WRIT OF HABEAS CORPUS

CAUSE NUMBER 12622 

IN THE JUDICIAL DISTRICT COURT CHEROKEE COUNTY





 Per curiam.



O R D E R


 Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure,
the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. 
Ex parte Young, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of
unauthorized use of a motor vehicle and sentenced to ten years' imprisonment and a ten
thousand dollar fine. The Twelfth Court of Appeals affirmed his conviction. Harris v. State,
No. 12-96-00309-CR (Tex. App.-Tyler, delivered December 31, 1997).

 After a review of the record, we find that Applicant's claims that challenge his
conviction are without merit. Therefore, we deny relief.

 Applicant has now received the post-sentence jail time credit to which he is entitled. 
His claim for post-conviction time credit is therefore dismissed as moot.


DELIVERED: December 9, 2009

DO NOT PUBLISH